IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISAAC K. BIEGON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF DALLAS, *et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:21-CV-2006-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be *sua sponte* remanded back to state court.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that this civil action be *sua sponte* remanded back to the Dallas County Court of Law No. 4—from which it was removed.

SO ORDERED.

Dated October 20, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.